IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| DONALD N. BRANNEN, | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. |
| | * CV 316-004 |
| HUSQVARNA CONSUMER OUTDOOR PRODUCTS N.A., INC., | * |
| Defendant. | * |

# O R D E R

On October 4, 2016, the parties mediated this case before the United States Magistrate Judge. The parties reached a settlement with respect to all claims, and the Magistrate Judge directed them to submit a stipulation of dismissal by November 8, 2016. (Minutes, Doc. No. 22.) On November 7, 2016, the parties filed a motion for a consent decree and stipulation of dismissal, wherein the parties indicate that they wish the Court to retain jurisdiction to enforce the settlement agreement.

Upon due consideration, and as stipulated by the parties in its November 7, 2016 submission, the Court hereby **DISMISSES** this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Pursuant to the parties' request, the Court will retain jurisdiction to enforce the settlement

agreement, and all such enforcement proceedings are hereby **REFERRED** to the United States Magistrate Judge for plenary disposition to the fullest extent permissible under 28 U.S.C. § 636(c).

Within fourteen days of the filing of a motion to enforce the settlement and decree, the Court shall hold an evidentiary hearing that will serve as the final adjudication at the trial level, subject to the right of appeal upon entry of final judgment on said adjudication. The Court may award any remedy of law or equity or impose any sanction or injunction it deems just and proper, including but not limited to exercise of its contempt powers.

Upon the foregoing, the parties' motion for consent decree and stipulation of dismissal (doc. no. 23) is **GRANTED**. The Clerk is directed to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 9th day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE